IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUSTIN EUGENE EVANS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:21-cv-00255 |
| | ) Judge Aleta A. Trauger |
| NASHVILLE FILM INSTITUTE, LLC, | ) ) |
| Defendant. | ) ) ) |

## ORDER

Before the court is defendant Nashville Film Institute, LLC's Motion for Summary Judgment. (Doc. No. 14.) For the reasons set forth in the accompanying Memorandum, the motion is **GRANTED IN PART and DENIED IN PART**. Specifically:

1. The motion is **DENIED**, insofar as it seeks judgment in the defendant's favor and dismissal of the plaintiff Justin Evans's disability discrimination claims under the Americans with Disabilities Act and the Tennessee Disability Act.

2. The motion is **GRANTED**, insofar as it seeks judgment in the defendant's favor and dismissal of the plaintiff's state law promissory estoppel claim and claim premised upon the defendant's alleged violation of Tenn. Code Ann. § 50-1-102. These two claims are **DISMISSED**.

The case remains set for trial on the disability discrimination claims beginning on October 25, 2022.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge