IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| JUSTIN EUGENE EVANS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 3:21-cv-00255 |
| v. | ) | |
| | ) | Judge Trauger |
| NASHVILLE FILM INSTITUTE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S EXHIBIT LIST

**Plaintiff's Exhibits**

| Plaintiff's Exhibits | Description | Stipulation/Objection |
|---|---|---|
| 1. | 8/20/19 LinkedIn Message between J. Evans and Thiagarajah | |
| 2. | 8/20/19 Email to/from Tabb, LaFayette, Evans | |
| 3. | 9/3-4/19 Email to/from Tabb, Evans | |
| 4. | 9/5/19 Email to/from Evans, Thiagarajah | |
| 5. | 9/9/19 Email Evans/Tabb | |
| 6. | Equipment Room Manager Job Description | |
| 7. | NFI Code of Conduct | |
| 8. | NFI Employee Handbook | |
| 9. | Picture of Equipment Room Door | |
| 10. | Memo: From Triage to Success | |
| 11. | Defendant's Responses to Interrogatories | |
| 12. | Tabb Affidavit | |

| 13. | LaFayette Affidavit | |
|---|---|---|
| 14. | 09/03-04/19 Email Tabb/Evans | |

Plaintiff reserves the right to use Defendant's exhibits and use any documents necessary for impeachment.

Respectfully submitted,

/s/ *Heather M. Collins*
Heather M. Collins, BPR # 26099
Ashley Shoemaker Walter BPR #037651
HMC Civil Rights Law, PLLC
7000 Executive Center Drive
Building Two, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

Nina H. Parsley
Michael D. Ponce & Associates, PLLC
400 Professional Park Drive
Goodlettsville, TN 37072
nina@poncelaw.com

*Attorneys for Plaintiff Justin Eugene Evans*

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system on August 22, 2023 to Counsel of record:

James P. Catalano
P.O. Box 681267
Franklin, TN 37068
Fax (615) 468-8394
jim@catalanofirm.com

*Attorney for Defendant, NFI*

                                                 */s/ Heather Moore Collins*
                                                 Heather Moore Collins