# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JUSTIN EUGENE EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:21-cv-00255 |
| | ) | |
| NASHVILLE FILM INSTITUTE, LLC | ) | Judge Trauger |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF STIPULATIONS
## AND OBJECTIONS TO
## DEFENDANT'S EXHIBIT LIST

Comes now Plaintiff and objects and stipulates to Defendant Nashville Film Institute's ("NFI"), Exhibit List.

| Defendant's Exhibits | Description | Stipulation/Objection |
|---|---|---|
| 1. | Incident Report prepared by Matt Perkins | Objection: Fed. R. Evid. 401, 402, 403, 801(c), 802, 901 |
| 2. | Equipment Room Manager Job Description | Stipulated |
| 3. | From Triage to Success – Equipment Room repair by Justin Evans | Stipulated |
| 4. | NFI Code of Conduct | Stipulated |
| 5. | Code of Conduct Receipt Form, siged by Justin Evans | Stipulated |
| 6. | NFI Employee Handbook | Stipulated |

1

| 7. | Picture of Equipment Room Door | Stipulated |
|---|---|---|
| 8. | Plaintiff's Responses to Interrogatories and exhibits | Stipulated |

Respectfully submitted,

/s/ *Heather M. Collins*
Heather M. Collins, BPR # 26099
Ashley Shoemaker Walter BPR #037651
HMC Civil Rights Law, PLLC
7000 Executive Center Drive
Building Two, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com


Nina H. Parsley
Michael D. Ponce & Associates, PLLC
400 Professional Park Drive
Goodlettsville, TN 37072
nina@poncelaw.com

*Attorneys for Plaintiff Justin Eugene Evans*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system on August 22, 2023 to Counsel of record:

James P. Catalano
P.O. Box 681267
Franklin, TN 37068
Fax (615) 468-8394
jim@catalanofirm.com

*Attorney for Defendant, NFI*

                                          */s/ Heather Moore Collins*
                                          Heather Moore Collins