IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
TENNESSEE AT NASHVILLE

| | |
|---|---|
| JUSTIN EUGENE EVANS, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> NASHVILLE FILM INSTITUTE, LLC, ) <br> ) <br> **Defendant.** ) | CASE NO. 3:21-cv-00255 <br><br> **Judge Trauger** |

## VERDICT FORM

1. Do you find by a preponderance of the evidence that Defendant NFI discharged Mr. Evans because it regarded him as having a mental impairment?

    _____ YES   \_\_✓\_\_ NO

    If you answered "NO", do not answer the additional questions. If you answered "YES" to Question 1, proceed to answer Questions 2, 3, 4, and 5.

2. State what back pay damages, if any, Plaintiff should be awarded against Defendant.

    $_____
    (Amount of Damages)

3. State what compensatory damages, (emotional distress, inconvenience, embarrassment, humiliation, and loss of enjoyment of life), if any, Plaintiff should be awarded against Defendant.

    $_____
    (Amount of Damages)

1

4. If you answered "YES" to Question 1, but you find that the Plaintiff has not proven actual injury, do you award him $1.00 as nominal damages?

   _____ YES   _____ NO

5. Do you find that the Plaintiff has proven his entitlement to punitive damages against Defendant?

   _____ YES   _____ NO

6. If you answered "YES" to Question 5, state what amount Plaintiff should be awarded as punitive damages against Defendant.

   $_____
   (Amount of Damages)

Please have your Foreperson sign and date this Verdict Form and inform the Court Security Officer that you have reached a verdict.

_____
JURY FOREPERSON

8-31-2023
_____
DATE