# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JUSTIN EUGENE EVANS, | ) |
| | ) |
| VS. | ) CASE #: 3:21-cv-255 |
| | ) |
| NASHVILLE FILM INSTITUTE, LLC, | ) |

○ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict as reflected in the verdict form filed on September 1,  2023. (Docket No. 73).

The jury found that plaintiff did not prove by a preponderance of the evidence that defendant discharged plaintiff because defendant regarded him as having a mental impairment.

IT IS ORDERED AND ADJUDGED.

 

                                                  LYNDA HILL, CLERK
                                                  */s/ Katheryn Beasley*
                                                  BY KATHERYN BEASLEY
                                                  DEPUTY CLERK